*John L. Rolfc,* Assistant Defender, with him *John W. Packel,* Assistant Defender, and *Vincent J. Ziccardi,* Defender, for appellant; *Esther R. Sylvester,* Assistant District Attorney, with her *Milton M. Stein,* Assistant District Attorney, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Geho, Appellant.

Submitted December 6, 1971. *D. Patrick Zimmerman,* Public Defender, for appellant; *George T. Brubaker,* Assistant District Attorney, and *Clarence C. Newcomer,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Gensler, Appellant.

Submitted September 13, 1971. *Frederick S. Wolf,* for appellant; *George E. Christianson,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Hammond, Appellant.

Submitted December 9, 1971. *R. Barclay Surrick,* Assistant Public Defender, for appellant; *O. Warren Higgins,* Assistant District Attorney, for Commonwealth, appellee.
Judgment of sentence affirmed.

## Commonwealth *v.* Hammond, Appellant.

Submitted September 14, 1971. *John D. Hammond,* appellant, in propria persona; *O. Warren Higgins* and *Ralph B. D'Iorio,* Assistant District Attorneys, and *Stephen J. McEwen, Jr.,* District Attorney, for Commonwealth, appellee.
Judgment of sentence affirmed.

## Commonwealth *v.* Hancock, Appellant.

Argued December 9, 1971. *John W. Packel,* Assistant Defender, with him *Vincent J. Ziccardi,* Defender, for appellant; *Milton M. Stein,* Assistant District Attorney, with him *James D. Crawford,* Deputy District At-